In re NICHOLAS AVE. IN CITY OF NEW YORK (four cases). (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of the application of the City of New York relative to acquiring title, wherever the same has not been heretofore ac-

quired, to the lands, tenements, and hereditaments required for the opening and extending of Nicholas Avenue (although not yet named by proper authority) from Richmond Terrace to the pier head line in the Third ward, borough of Richmond, city of New York. No opinion. Motion granted, with costs, unless the appellant pay $10 costs and perfect the appeal within 20 days, in which event the motion is denied, without costs.